IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GORDON MAAG,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. **05-711-DRH** |
| **CHICAGOLAND CHAMBER of** ) | |
| **COMMERCE,** ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

DATED: October 4, 2005.

              **s/ Clifford J. Proud**
              **CLIFFORD J. PROUD**
              **U. S. MAGISTRATE JUDGE**

**\*By random draw case is reassigned to Magistrate Judge Philip M. Frazier for pretrial non dispositive motions.**