IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GORDON MAAG,            )<br>                          )<br>        Plaintiff,      )<br>                          )<br>v.                        )<br>                          )<br>CHICAGOLAND CHAMBER OF COMMERCE, )<br>et al.,                   )<br>                          )<br>        Defendants.      )<br>                          ) | No. 3:05-cv-00711-DRH<br><br>Hon. David R. Herndon |

## DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO STAY

Defendants Illinois State Chamber of Commerce, Illinois Coalition for Jobs, Growth and Prosperity, Illinois Civil Justice League, Gregory Baise, Illinois Manufacturers Association, IMA Service Corp., Chicagoland Chamber of Commerce, Ronald Gidwitz, Chamber of Commerce of the United States of America, and Illinois Business Roundtable have moved to stay this case in light of Plaintiff's parallel state court action. Defendants hereby supplement those motions in order to advise the Court that Plaintiff has appealed the dismissal of his claims in the state court action to the Illinois Appellate Court. A copy of Plaintiff's Notice of Appeal is attached hereto as Exhibit A.

Dated: February 13, 2006

Respectfully submitted,

ILLINOIS STATE CHAMBER OF COMMERCE, ILLINOIS COALITION FOR JOBS, GROWTH AND PROSPERITY, and ILLINOIS CIVIL JUSTICE LEAGUE

By:   s/ Eric S. Mattson
      One of their attorneys

Richard J. O'Brien
Eric S. Mattson
Tracy A. Braun
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
E-mail: robrien@sidley.com
        emattson@sidley.com
        tbraun@sidley.com

GREGORY BAISE, ILLINOIS MANUFACTURERS ASSOCIATION, and IMA SERVICE CORP.

By:   _____
      One of their attorneys

Anthony J. Ashley
Cindy S. Stuyvesant
Frederic T. Knape
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 N. LaSalle Street
Suite 2400
Chicago, Illinois 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
E-mail: aashley@vedderprice.com
        cstuyvesant@vedderprice.com
        fknape@vedderprice.com

CHICAGOLAND CHAMBER OF
COMMERCE

By: _____
One of its attorneys

Stephen C. Voris
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, Illinois 60611
Tel: (312) 840-7018
Fax: (312) 840-7900
E-mail: svoris@burkelaw.com


RONALD GIDWITZ

By: _____
One of his attorneys

Tyrone C. Fahner
J. Gregory Deis
John M. Touhy
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Suite 3200
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
E-mail: tfahner@mayerbrownrowe.com
        jdeis@mayerbrownrowe.com
        jtouhy@mayerbrownrowe.com
        kleffert@mayerbrownrowe.com

CHICAGOLAND CHAMBER OF COMMERCE

By: _____
One of its attorneys

Stephen C. Voris
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, Illinois 60611
Tel: (312) 840-7018
Fax: (312) 840-7900
E-mail: svoris@burkelaw.com

RONALD GIDWITZ

By: _____
One of his attorneys

Tyrone C. Fahner
J. Gregory Deis
John M. Touhy
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Suite 3200
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
E-mail: tfahner@mayerbrownrowe.com
       jdeis@mayerbrownrowe.com
       jtouhy@mayerbrownrowe.com
       kleffert@mayerbrownrowe.com

3

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

By: _/s/ John M. Richardson_
One of its attorneys

Michael A. Pope
Steven F. Pflaum
John M. Richardson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
Tel: (312) 372-2000
Fax: (312) 984-7700
E-mail: mpope@mwe.com
        spflaum@mwe.com
        jmrichardson@mwe.com

ILLINOIS BUSINESS ROUNDTABLE

By: _____
One of its attorneys

James F. Smith
Joshua A. Aldort
CLAUSEN MILLER, P.C.
10 South LaSalle Street
18th Floor
Chicago, Illinois 60603
Tel: (312) 855-1010
Fax: (312) 606-7777
E-mail: jsmith@clausen.com
        jaldort@clausen.com

4

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA

By: _____
One of its attorneys

Michael A. Pope
Steven F. Pflaum
John M. Richardson
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
Tel: (312) 372-2000
Fax: (312) 984-7700
E-mail: mpope@mwe.com
spflaum@mwe.com
jmrichardson@mwe.com

ILLINOIS BUSINESS ROUNDTABLE

By: _____
One of its attorneys

James F. Smith
Joshua A. Aldort
CLAUSEN MILLER, P.C.
10 South LaSalle Street
18th Floor
Chicago, Illinois 60603
Tel: (312) 855-1010
Fax: (312) 606-7777
E-mail: jsmith@clausen.com
jaldort@clausen.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, I electronically filed Defendants' Second Supplement to Motion to Stay with the Clerk of Court using the CM/ECF system, and I thereby served the following counsel:

Rex Carr
The Rex Carr Law Firm, LLC
412 Missouri Avenue
East St. Louis, IL  62201-3016

s/ Eric S. Mattson

Eric S. Mattson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Tel: (312) 853-7000
Fax: (312) 853-7036
E-mail: emattson@sidley.com

# EXHIBIT A

APPEAL TO THE ILLINOIS APPELLATE COURT, FIFTH DISTRICT
FROM THE CIRCUIT COURT FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| GORDON MAAG, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | No. 04-L-1395 |
| ) | |
| ILLINOIS COALITION FOR JOBS ) | Appeal from the Circuit Court, |
| GROWTH AND PROSPERITY, an ) | Third Judicial Circuit, |
| Unincorporated Association; THE ILLINOIS ) | Madison County, Illinois. |
| STATE CHAMBER OF COMMERCE, ) | |
| a Not-for-profit corporation; ) | Honorable Patrick Kelley, |
| RONALD GIDWITZ; ) | Judge Presiding |
| and GREGORY BAISE, ) | |
| ) | |
| Defendants-Appellees. ) | |

## NOTICE OF APPEAL

Now comes the Plaintiff-Appellant, Gordon Maag, by his attorney, Rex Carr, and hereby files his Notice of Appeal from the following Judgments and Orders of the Circuit Court:

1. The Court's Order entered on December 28, 2005, bearing a file stamp date of January 9, 2006;

2. The Order referenced in the minute record entry of the Circuit Clerk dated January 4, 2006;

3. The Order referenced in the minute record entry of the Circuit Clerk dated September 19, 2005, bearing a file stamp date of September 23, 2005;

4. The Order entered on June 10, 2005, bearing a file stamp date of June 13, 2005; and,

5. The Order referenced in the minute record entry of the Circuit Clerk dated June 10, 2005 bearing a file stamp date of June 13, 2005.

Relief Sought:

Cause No. 04-L-1395                    Page 1 of 2

Plaintiff-Appellant requests the following relief from this Honorable Court:

1. Reversal of the Judgment and Order of Dismissal entered on June 10, 2005 with respect to the original Complaint.

2. Reversal of the Circuit Court's denial of Plaintiff-Appellant's Motion to Reconsider the previous Judgment and Order of Dismissal and reversal of the Circuit Court's denial of leave to amend to replead as part of the First Amended Complaint the proposed Count I which set forth a cause of action for defamation per se. Said Orders appealed from were entered on September 19, 2005, bear a file stamp date of September 23, 2005 and are contained in the minute record of the Circuit Clerk.

3. Reversal of the Circuit Court's Judgment and Order of Dismissal granting the Motions to Dismiss the First Amended Complaint. Said Order was entered on December 28, 2005, bears a file stamp of January 9, 2006 and is referenced in a minute record entry of the Circuit Clerk dated January 4, 2006.

4. Plaintiff-Appellant further requests a ruling from this Court that each of the motions to dismiss should have been denied, that the motion to reconsider the prior dismissal of the original Complaint should have been granted, and that leave to amend and file as part of the First Amended Complaint the proposed Count I to allege a cause of action for defamation per se should have been allowed.

5. Plaintiff-Appellant further requests that this Court Order that Plaintiff-Appellant be granted leave to amend and file Count I of the proposed First Amended Complaint and that this cause be thereafter remanded to the Circuit Court for further proceedings.

_____
REX CARR                #00398764
THE REX CARR LAW FIRM, LLC
412 Missouri Avenue
East St. Louis, IL 62201
(618) 274-0434

ATTORNEYS FOR PLAINTIFF-APPELLANT