IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GORDON MAAG,                                    )
                                                )
                    Plaintiff,                  )
                                                )
vs.                                             )      No. 05-CV-711-DRH.
                                                )
CHICAGOLAND CHAMBER OF COMMERCE,                )
a not-for-profit corporation, et al,            )
                                                )
                    Defendants.                 )

## NOTICE OF DISMISSAL UNDER RULE 41

Now comes Gordon Maag, plaintiff in the above cause by his attorney, Rex Carr, and

voluntarily dismisses this cause.

GORDON MAAG

\s\ Rex Carr
BY REX CARR              #00398764
THE REX CARR LAW FIRM, LLC
412 Missouri Avenue
East St. Louis, IL 62201
Tel:  (618) 274-0434
Fax:  (618) 274-8369
E-mail:  rcarr@rexcarr.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2007, I electronically filed Notice of Dismissal Under Rule 41

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Richard J. O'Brien
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Stephen D. Erf
Michael A. Pope
Steven F. Pflaum
John M. Richardson
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Kim A. Leffert
Tyrone C. Fahner
John M. Touhy
J. Gregory Deis
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Anthony J. Ashley
Frederic T. Knape
Cindy S. Stuyvesant
Vedder Price Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Joshua A. Aldort
James F. Smith
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603-1098

Stephen C. Voris
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, IL 60611


\s\ Rex Carr