### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GORDON MAAG,**

    **Plaintiff,**

**v.**

**CHICAGOLAND CHAMBER OF COMMERCE,**
**a not-for-profit corporation, et al.**

    **Defendants.**                        **Case No. 05-CV-711-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 85), made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(I)**.  Whereby, as Defendants have not yet filed an answer or motion for summary judgment, this dismissal is proper.  Therefore, the Court **ACKNOWLEDGES** Plaintiff's Voluntary Dismissal of this cause against all Defendants.  The matter is hereby **DISMISSED WITHOUT PREJUDICE**.[1]  The Clerk is hereby instructed to close the file.

    **IT IS SO ORDERED**.

Signed this 13th day of April, 2007.

                        /s/       David   RHerndon
                        **United States District Judge**

---

[1] As Plaintiff's Notice did not otherwise state, in accordance with **Rule 41**, the dismissal must be construed as a dismissal *without* prejudice.